```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　Case No. 10-cr-26-PB

**Robert Barish, et al.**


                  **O R D E R**


    Defendants Robert Barish and Tiffany Nolin, through counsel, have each moved to continue the trial scheduled for June 2, 2010, citing the need for additional time to complete discovery and engage in plea negotiations.  The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties time to properly prepare for trial, the court will continue the trial from June 2, 2010 to August 17, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 21, 2010 final pretrial conference is continued to July 30, 2010 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 19, 2010

cc: Cathy Greene, Esq.
    Michael Iacopino, Esq.
    Richard Monteith, Jr., Esq.
    Douglas Miller, Esq.
    Jennifer Davis, AUSA
    United States Probation
    United States Marshal