```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                   Case No. 10-cr-26-PB

**Robert Barish, et al.**


### **O R D E R**

Defendant, Tiffany Nolin, through counsel, has moved to continue the trial scheduled for August 17, 2010, citing the need for additional time to complete plea negotiations and consider defendant's potential participation in a pretrial diversion program.  The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties time to properly prepare for trial, the court will continue the trial from August 17, 2010 to October 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The July 30, 2010 final pretrial conference is continued to September 27, 2010 at 11:30 a.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 29, 2010

cc: Cathy Greene, Esq.
    Michael Iacopino, Esq.
    Richard Monteith, Jr., Esq.
    Douglas Miller, Esq.
    Jennifer Davis, AUSA
    United States Probation
    United States Marshal