```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 10-cr-26-PB

**Robert Barrish, et al.**


**O R D E R**

    Defendant, Tiffany Nolin, has moved through counsel to sever her case for trial from that of co-defendants Robert Barish, Melissa Knox, and Lee Brown, and to continue her trial for a period of six months for the reasons set forth in the motion (Doc. No. 63).  The government and co-defendants do not object to severance or a continuance of Ms. Nolan's trial date.

    The court agrees that severance of claims is warranted and accordingly shall continue Ms. Nolin's trial from February 1, 2011 to August 15, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The trial date as to the remaining co-defendants shall proceed as scheduled on February 1, 2011.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 9, 2010

cc: Cathy Greene, Esq.
    Michael Iacopino, Esq.
    Richard Monteith, Jr., Esq.
    Douglas Miller, Esq.
    Jennifer Davis, AUSA
    United States Probation
    United States Marshal