U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 06 2013

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                      Crim. No. _10 ~cr - 26-4- JL_

_Tiffany Nolin_

## ORDER ON VIOLATION OF CONDITIONS

*EFFECTIVE : March 7, 2013*

The defendant appeared before me on this date at a LASER
Review Hearing. During the course of the hearing, the court
determined that the defendant has violated the terms of the LASER
Agreement/Order on Conditions of Release. As a result, the court
enters the following order:

_✓_  The defendant shall be detained *at Merrimack County HoC* until _April 19, 2013_.
At the conclusion of incarceration, defendant shall be:

___  Brought before the undersigned judge.

_✓_  Released on _April 19, 2013_ at _6:00_ am/pm.
                    [Date]              [Time]

*The defendant shall be allowed work release with her current employer from 6 a.m.
to 6 p.m., Monday through Friday. Each day, she shall travel only directly to and
from work and the Merrimack County House of Correction.*

___  The defendant shall reside in Hampshire House for a
period of _____ days/months to commence on
_____, and shall observe the rules of
that facility.

___  The defendant shall be placed on home detention for
_____ days/months, to commence on _____.
During this time, the defendant shall remain at his
place of residence except for employment and other
activities approved in advance by the probation
officer. The defendant shall maintain a telephone at
his place of residence without any special services,
modems, answering machines, or cordless telephones for
the above period. The defendant shall wear an
electronic device and shall observe the rules specified
by the Probation Office. The defendant shall pay for
the cost of electronic monitoring to the extent he is
able as determined by the probation officer.

_X_ The defendant shall be subject to the following additional or modified conditions: The defendant reverts to LASER Phase III on April 19, 2013. She remains in the LASER program throughout the pendency of this sanction.

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

SO ORDERED.

Date: _3/6/13_

Joseph N. Laplante
Chief Judge